UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

Heather Grant,

             Plaintiff.

    vs.

MAS Financial Services, Inc.,

           Defendant.

Case No.: 8:17-cv-00886-AG-JCG

**ORDER**

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:January 29, 2018

_____

Judge: Hon. Andrew J. Guilford